IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| HENRY JAMES WIMBERLY, JR., | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO. 1:09-CV-172 (CDL) |
| Sheriff KELVIN SPROUL, et al., | * | |
| Defendants. | * | |

## ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Order and Recommendation filed by the United States Magistrate Judge on February 12, 2010 is hereby approved, adopted, and made the Order of the Court.

The objection of the Plaintiff, entitled "Motion for Reconcideration [sic] not to Dismiss Actions Against Sheriff Sproul and Major Haggerty," has been considered and is found to be without merit.

IT IS SO ORDERED, this 5th day of May, 2010.

                                                  S/Clay D. Land
                                                  CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE