IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| HENRY JAMES WIMBERLY, JR.<br><br>PLAINTIFF,<br><br>V.<br><br>STATE OF GEORGIA, DOUGHERTY COUNTY JAIL, LT. DEAN F. GORE, LT. ERIC MILLER, SHERIFF SPROUL, PRISON HEALTH SERVICES INC., MAJOR DAN HAGGERTY, DR. LINDA WALDEN, PRISON HEALTH SERVICES<br><br>DEFENDANTS. | CIVIL ACTION FILE NO.:<br>1:09-cv-00172-WLS-TQL |

## PHS DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**COME NOW**, Prison Health Services, Inc. and Dr. Linda Walden (collectively, "PHS Defendants"), Defendants in the above styled case, and file this, their Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56. In support of this Motion, the PHS defendants rely on the following:

| Exhibit | Document |
|---|---|
| Exhibit 1 | Walden Affidavit |
| Exhibit 2 | Montgerard Affidavit |

277635v.1

| | |
|---|---|
| Exhibit 3 | Brief In Support Of Motion for Summary Judgment |
| Exhibit 4 | Statement of Material Facts to Which There is no Dispute Pursuant to Local Rule 56 |

This 1st day of September, 2010.

                                          **NALL & MILLER, LLP**

                          **By:**   */s/ Lavleen K. Sidhu*
                                   **ALEXIA R. RONEY**
                                   Georgia Bar No. 581777
                                   **LAVLEEN K. SIDHU**
                                   Georgia Bar No. 940616

                                   ***ATTORNEYS FOR PHS DEFENDANTS***

Suite 1500, North Tower
235 Peachtree Street, N.E.
Atlanta, Georgia 30303
Phone:  404-522-2200
Facsimile:  404-522-2208
E-Mail: aroney@nallmiller.com
        lsidhu@nallmiller.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| **HENRY JAMES WIMBERLY, JR.**<br><br>**PLAINTIFF,**<br><br>V.<br><br>**STATE OF GEORGIA, DOUGHERTY COUNTY JAIL, LT. DEAN F. GORE, LT. ERIC MILLER, SHERIFF SPROUL, PRISON HEALTH SERVICES INC., MAJOR DAN HAGGERTY, DR. LINDA WALDEN, PRISON HEALTH SERVICES**<br><br>**DEFENDANTS.** | **CIVIL ACTION FILE NO.:**<br>**1:09-cv-00172-WLS-TQL** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of September, 2010, I electronically filed **PHS DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system.  Non-CM/ECF system parties will be notified via United States Postal Service as follows:

Henry James Wimberly, Jr.
2360 Hickory Station Circle
Snellville, GA 30078

277635v.1

**NALL & MILLER, LLP**

**By:** /s/ Lavleen K. Sidhu
     **ALEXIA R. RONEY**
     Georgia Bar No. 581777
     **LAVLEEN K. SIDHU**
     Georgia Bar No. 940616

     *ATTORNEYS FOR PHS DEFENDANTS*

Suite 1500, North Tower
235 Peachtree Street, N.E.
Atlanta, Georgia 30303
Phone: 404-522-2200
Facsimile: 404-522-2208
E-Mail: aroney@nallmiller.com
       lsidhu@nallmiller.com

277635v.1