IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

HENRY JAMES WILBERLY, JR.,         *

    Plaintiff,                 *

vs.                                *
                                       CASE NO. 1:09-CV-172 (CDL)
Dr. LINDA WALDEN and PRISON        *
HEALTH SERVICES,
                             *

    Defendants
                             *

<u>ORDER ON REPORT AND RECOMMENDATION</u>
<u>OF UNITED STATES MAGISTRATE JUDGE</u>

After a *de novo* review of the record in this case, the Order and Recommendation filed by the United States Magistrate Judge on November 15, 2010 is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have been considered and are found to be without merit. Plaintiff's additional motion for appointment of counsel (ECF No. 69) is denied.

IT IS SO ORDERED, this 5th day of January, 2011.

                                                S/Clay D. Land
                                                  CLAY D. LAND
                                UNITED STATES DISTRICT JUDGE