```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF GEORGIA
                      ALBANY DIVISION
```

HENRY JAMES WIMBERLY, JR.,         *

      Plaintiff                    *

vs.                                *
                                       CASE NO. 1:09-CV-172 (CDL)
STATE OF GEORGIA, DOUGHERTY        *
COUNT JAIL, et al.,
                               *

      Defendants
                                   *

## ORDER ON RECOMMENDATION

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on June 29, 2011 is hereby approved, adopted, and made the Order of the Court.

The objection of the Plaintiff has been considered and is found to be without merit.

IT IS SO ORDERED, this 1st day of August, 2011.

                                          s/Clay D. Land
                                          CLAY D. LAND
                                          UNITED STATES DISTRICT JUDGE